IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MILDRED L. SERRANO IRAHETA, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. TJS-19-3591 |
| FF MAINTAINENCE SERVICES, INC, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*

**ORDER**

Now pending before the Court is the "Joint Motion for Approval of FLSA Settlement" ("Motion") (ECF No. 40) filed by the parties. Having reviewed the Motion, it is hereby **ORDERED** that:

1. The Court finds that the settlement agreement outlined in the Motion is a fair and reasonable resolution of a *bona fide* dispute over the application of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, the Maryland Wage and Hour Law, Md. Code Ann., Labor & Employ. § 3-401 *et seq.*, Montgomery County Minimum Wage Law, Montgomery Cnty. Code § 27-67, *et seq.*, and the Maryland Wage Payment and Collection Law, Md. Code Ann., Labor & Employ. § 3-501 *et seq.*

2. The Court **APPROVES** the terms of the settlement agreement and the Motion is **GRANTED**.

3. The Clerk of Court shall **CLOSE** this case.

December 21, 2021                                            /s/
Date                                                                    Timothy J. Sullivan
                                                                           United States Magistrate Judge